UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY CLAYTON ADAMS,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C24-0086 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 5, 2024, to file Defendant's responsive brief.

- Plaintiff shall have up to and including July 19, 2024, to file the optional reply brief.

DATED this 3rd day of June, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1